**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MIGUEL A. DAVILA, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-cv-1092 |
| v. | (JUDGE CAPUTO) |
| COMMONWEALTH OF PENNSYLVANIA, et al., | (MAGISTRATE JUDGE SMYSER) |
| Defendants. | |

# ORDER

**NOW** this 8th day of February, 2012, after consideration of Magistrate Judge J. Andrew Smyser's Report and Recommendation (Doc. 8), **IT IS HEREBY ORDERED THAT** the Report and Recommendation is **ADOPTED IN PART** and **REJECTED IN PART** as follows:

(1) The Magistrate Judge's determination that the Pennsylvania Department of Corrections Plaintiffs be dismissed as to the Americans with Disabilities Act and the Rehabilitation Act claims is **REJECTED**.

(2) The remainder of the Report and Recommendation is **ADOPTED**.

(3) This matter is **RECOMMITTED** to the Magistrate Judge.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge