## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIGUEL A. DAVILA,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:11-1092** |
| **v.** | : | **(MANNION, D.J.)** |
| | | **(SCHWAB, M.J.)** |
| **COMMONWEALTH OF PENNSYLVANIA, *et. al.*,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

## ORDER

**AND NOW, THIS 6th DAY OF FEBRUARY, 2013**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

**(1)** The report and recommendation of Judge Martin C. Carlson, (Doc. No. 65), is **ADOPTED**;

**(2)** The plaintiff's motion for reconsideration, (Doc. No. 54), is **DENIED**;

**(3)** The matter is **REMANDED** to Judge Susan E. Schwab for further pre-trial proceedings.

*Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**