**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MIGUEL A. DAVILA,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:11-1092** |
| **v.** | : | **(MANNION, D.J.)** |
| | | **(SCHWAB, M.J.)** |
| **COMMONWEALTH OF PENNSYLVANIA,** *et. al.,* | : | |
| | : | |
| **Defendants** | : | |
| | : | |

## ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1)   Judge Schwab's report and recommendation, (Doc. 185), is **ADOPTED IN SUBSTANTIAL PART** and **NOT ADOPTED IN PART**;

(2)   The plaintiff's motions for entry of default, (Doc. 125), for default judgment, (Doc. 127), and for a preliminary injunction, (Doc. 182), are **DENIED**;

(3)   The defendants' motions to dismiss, (Doc. 108, 133), are **GRANTED**;

(4)   The plaintiff's claims for violations of the ADA and RA are **DISMISSED**;

(5)   Any claim for punitive damages arising from the remaining ADA and RA claims is **DISMISSED**;

(6)   Any claim for attorney's fees is **DISMISSED**;

(7)   The clerk is directed to terminate the Lackawanna County Court of Common Pleas and the Lackawanna County Court Administrator's Office from this case;

(8)   The plaintiff and remaining defendants are directed to file briefs by **April 18, 2014** discussing the implication of *Heck* as to the plaintiff's claims arising from the criminal hearings and proceedings before the Lackawanna County Court of Common Pleas.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 28, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-1092-03-ORDER.wpd

2