# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIGUEL A. DAVILA,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:11-1092** |
| v. | : | **(MANNION, D.J.)** |
| | : | **(SCHWAB, M.J.)** |
| **COMMONWEALTH OF PENNSYLVANIA**, *et. al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The plaintiffs' motions for reconsideration, (Doc. 192; Doc. 195), are **DENIED**;

(2) The case is **REFERRED** to Judge Schwab for further pretrial proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: July 24, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-1092-04-ORDER.wpd