# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIGUEL A. DAVILA,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:11-1092 |
| v. | : | (MANNION, D.J.) |
| | | (SCHWAB, M.J.) |
| **COMMONWEALTH OF PENNSYLVANIA,** *et. al.*, | : | |
| | : | |
| Defendants | | |
| | : | |

## ORDER

For the reasons discussed in the court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT:**

(1) Judge Schwab's unopposed report and recommendation, (Doc. 300), is **ADOPTED IN ITS ENTIRETY**;

(2) The plaintiff's motion for summary judgment, (Doc. 273), is **DENIED**;

(3) PA's and DOC's motion for summary judgment, (Doc. 275), is **GRANTED** with respect to plaintiff's remaining claims for violations of the ADA and RA;

(4) The claims against PA based on events which occurred during the plaintiff's criminal proceedings are **DISMISSED**; and

(5) The clerk is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 7, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-1092-05-ORDER.wpd